UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS L. WILSON,

    Plaintiff,

v.                                                      Case No. 14-12210
                                                      Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on December 29, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Plaintiff filed this action seeking Social Security disability-insurance benefits. This matter is before the Court on the Magistrate Judge's Report and Recommendation [dkt. 14], in which the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the Court ADOPTS the Magistrate Judge's Report and Recommendation [dkt. 14].

IT IS FURTHER ORDERED that Plaintiff's complaint [dkt. 1] is DISMISSED WITH PREJUDICE for failure to prosecute under Fed. R. Civ. P. 41(b).  Judgment shall be entered accordingly.

IT IS SO ORDERED.

Date:  December 29, 2014

s/Lawrence P. Zatkoff
Hon. Lawrence P. Zatkoff
U.S. District Judge